FILED

08/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0399

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0399

FILED

AUG 18 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ORDER

WILLARD McCAULOU,

Defendant and Appellant.

Through counsel, Defendant Willard McCaulou filed a notice of appeal in this criminal matter on August 10, 2020. Counsel filed the same day a motion to withdraw, representing that McCaulou is claiming he was ineffective at trial and "does not want Carl Jensen to represent him on appeal." The motion represents further that McCaulou is incarcerated, indigent, and asks the Court to appoint the Appellate Defender Division to represent him in this appeal. McCaulou is entitled to the appointment of counsel for his direct appeal. Section 46-8-104(1)(d), MCA. Good cause appearing,

IT IS THEREFORE ORDERED that Carl Jensen's Motion to Withdraw as counsel of record is GRANTED. The Appellate Defender Division shall have thirty days from the date of this Order within which either to file a Notice of Appearance or a Motion to Rescind this Order appointing counsel. In the event McCaulou qualifies for appointed counsel, the Appellate Defender Division shall immediately order the appropriate transcripts if they have not been already ordered.

The Clerk of the Supreme Court is directed to provide a copy of this Order to Carl B. Jensen Jr., to the Appellate Defender Division, and to the Attorney General.

DATED this 18th day of August, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices